**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PENNSYLVANIA**

CHANDRA BROWNING,

Plaintiff,

**CASE NO. 2:26-cv-07574-GJP**

vs.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer to Plaintiff's Complaint/Statement of Claim ("Complaint") as follows:

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

## ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

## PRELIMINARY STATEMENT

1. Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 1.

## JURISDICTION AND VENUE

2. To the extent Plaintiff has properly alleged their claims, Equifax admits the Court

may exercise its jurisdiction.

3. To the extent Plaintiff has properly alleged their claims, Equifax admits the Court may exercise its jurisdiction.

4. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

## PARTIES

5. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. Equifax admits it is a consumer reporting agency as defined by the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7.

## FACTUAL ALLEGATIONS

### ***Plaintiff's Consumer Disclosure***

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax states that the provisions of the FCRA speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

***<u>Defendant's Disclosure Was Not Complete, Clear or Accurate</u>***

**Missing Original Creditors**

11. Equifax denies the allegations in Paragraph 11. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax denies the allegations in Paragraph 17. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

18. Equifax states that this paragraph contains legal conclusions not subject to admission or denial. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged. Equifax denies it violated the FCRA.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Equifax denies the allegations in Paragraph 20. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

**Missing Account Numbers, Account Information and Payment History**

21. Equifax denies the allegations in Paragraph 21. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

22. Equifax denies the allegations in Paragraph 22. Equifax states that the referenced lawsuit speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the lawsuit, Equifax denies the allegations in Paragraph 22.

23. Equifax denies the allegations in Paragraph 23. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

24. Equifax denies the allegations in Paragraph 24. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 27.

28. Equifax denies the allegations in Paragraph 28.

29. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30. Equifax states that this paragraph contains legal conclusions not subject to admission or denial. Equifax denies any allegation it violated the FCRA. If further response is required, Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax denies the allegations in Paragraph 33. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

34. Equifax denies the allegations in Paragraph 34. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

35. Equifax denies the allegations in Paragraph 35. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

36. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax denies the allegations in Paragraph 37. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

38. Equifax denies the allegations in Paragraph 38.

39. Equifax denies the allegations in Paragraph 39. Equifax further states that the referenced lawsuit speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the lawsuit, Equifax denies the allegations in Paragraph 39.

40. Equifax denies the allegations in Paragraph 40. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA. Equifax further states that the FCRA and referenced lawsuits speak for themselves. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA or referenced lawsuits, Equifax denies the allegations in

Paragraph 40.

41. Equifax denies the allegations in Paragraph 41. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

42. Equifax states that the referenced opinion letter speaks for itself, and to the extent Plaintiffs misquote, misstate, or otherwise mischaracterize its contents, the allegations are denied.

43. Equifax denies the allegations in Paragraph 43.

44. Equifax states that the CDIA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the CDIA, Equifax denies the allegations in Paragraph 44.

45. Equifax denies the allegations in Paragraph 45. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

46. Equifax states that this paragraph contains legal conclusions not subject to admission or denial. If further response is required, Equifax denies the allegations in Paragraph 46. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

47. Equifax states that the CDIA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the CDIA, Equifax denies the allegations in Paragraph 47.

48. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

***Prevalence of Defendant's Original Creditor, Account Number, Account Information, and Payment History Errors***

49. Equifax admits to the allegations in Paragraph 49.

50. Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 50.

51. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Equifax denies the allegations in Paragraph 52.

53. Equifax denies the allegations in Paragraph 53.

54. Equifax denies the allegations in Paragraph 54.

55. Equifax denies the allegations in Paragraph 55.

56. Equifax denies the allegations in Paragraph 56. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

57. Equifax denies the allegations in Paragraph 57.

58. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 58.

59. Equifax denies the allegations in Paragraph 59. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

60. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax denies the allegations in Paragraph 61 and its subparts. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

***Duplicate Reporting***

62. Equifax denies the allegations in Paragraph 62. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

63. Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 63.

64. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65. Equifax denies the allegations in Paragraph 65. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

66. Equifax denies the allegations in Paragraph 66. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

67. Equifax denies the allegations in Paragraph 67. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

68. Equifax denies the allegations in Paragraph 68. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

## COUNT I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681g(a)(1)

69. Equifax reasserts and re-alleges its responses as set forth above.

70. Equifax denies the allegations in Paragraph 70. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

71. Equifax denies the allegations in Paragraph 71. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

72. Equifax denies the allegations in Paragraph 72. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

73. Equifax denies the allegations in Paragraph 73. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

74. Equifax denies the allegations in Paragraph 74. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

75. Equifax denies the allegations in Paragraph 75. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

76. Equifax denies the allegations in Paragraph 76. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

77. Equifax denies the allegations in Paragraph 77. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

## COUNT II

### VIOLATION OF THE FAIR CREDIT REPORTING ACT
### 15 U.S.C. § 1681e(b)

78. Equifax reasserts and re-alleges its responses as set forth above.

79. Equifax denies the allegations in Paragraph 79. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

80. Equifax denies the allegations in Paragraph 80. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

81. Equifax denies the allegations in Paragraph 81. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

82. Equifax denies the allegations in Paragraph 82. Equifax denies any allegation it

reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

83. Equifax denies the allegations in Paragraph 83. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

## PRAYER FOR RELIEF

Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax asserts the following affirmative and other defenses to the Complaint:

1. Plaintiff's Complaint fails to state a claim against Equifax upon which relief can be granted.

2. At all pertinent times, Equifax maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

3. Equifax has complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

4. Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

5. Equifax reserves the right to assert additional defenses that it learns through the

course of discovery.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2) it recover such other and additional relief as the Court deems just and appropriate.

DATED: October 23, 2026

Respectfully submitted,

*/s/ Stacy A. Orvetz*
Stacy A. Orvetz
**CLARK HILL PLC**
Two Commerce Square
2001 Market St., Suite 2620
Philadelphia PA 19103
Tel: 215-864-8072
Email: sorvetz@clarkhill.com

*Counsel for Defendant Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I presented the foregoing EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Stacy A. Orvetz*
Stacy A. Orvetz