**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHANDRA BROWNING,<br>*Plaintiff,*<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>*Defendant.* | CIVIL ACTION<br>NO. 26-7574 |

**SCHEDULING ORDER**

**AND NOW**, this 26th day of October 2026, it is **ORDERED** that:

1. The case is referred to Magistrate Judge Caroline Goldner Cinquanto for settlement.

2. Fact and expert discovery, including expert reports and depositions, shall be completed on or before **Friday, January 29, 2027.**

3. All motions for summary judgment and *Daubert* motions, if any, shall be filed on or before **Monday, March 1, 2027**. Responses to any such motions shall be filed on or before **Monday, March 15, 2027** and replies, if any, shall be filed on or before **Monday, March 22, 2027**.

4. All motions *in limine* shall be filed on or before **Monday, April 5, 2027**. Responses shall be filed on or before **Monday, April 12, 2027**.

5. Plaintiff and Defendant shall file their pretrial memoranda on or before **Monday, April 19, 2027**. Pretrial memoranda shall address all of the topics listed in Local Rule of Civil Procedure 16.1(c) and the Court's Policies and Procedures. Counsel

shall also submit to the Court two copies of the joint trial exhibit book described in Paragraph II.I.13 of the Court's Policies and Procedures.

6. Plaintiff and Defendant shall file and submit to the Court on or before **Monday April 26, 2027** their proposed jury instructions, verdict form or special interrogatories to the jury consistent with all requirements in Paragraph II.H(d) of the Court's Policies and Procedures.

7. A final pretrial conference and oral argument on the motions *in limine* (if necessary) will be held on **Thursday, May 6, 2027 at 2:00 p.m. in Courtroom 11-A**. At the final pretrial conference, counsel shall be prepared to discuss all aspects of their pretrial memoranda. It is expected that counsel will have conferred regarding their objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve.

8. Trial is scheduled for **Tuesday, May 11, 2027 at 9:30 a.m. in Courtroom 11-A**. Counsel and all parties shall be prepared to commence trial on that date.

9. All filings, conferences, and pretrial procedures shall conform to Judge Pappert's Policies and Procedures, available at www.paed.uscourts.gov.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.