IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANDRA BROWNING, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 26-7574 |
| v. | : | |
| EQUIFAX INFORMATION SERVICES LLC | : | |
| | : | |
| Defendant. | | |

**ORDER**

AND NOW, this 26th day of October 2026, IT IS HEREBY ORDERED that a TELEPHONIC status conference is scheduled for Monday, November 9, 2026, at 11:15 a.m. Court staff will email counsel the conference line information.

The senior attorney in charge of the matter for each of the parties is required to personally participate in the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE