**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHANDRA BROWNING,

*Plaintiff,*

v.

EQUIFAX INFORMATION SERVICES, LLC,

*Defendant.*

CIVIL ACTION
NO. 26-7574

**ORDER**

**AND NOW**, this 4th day of November 2026, it is **ORDERED** that:

1. The Court's October 26, 2026 Scheduling Order (Dkt. No. 9) is **VACATED**.

2. Since this is eligible for arbitration, the Clerk's Office shall schedule an Arbitration Hearing.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.